UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
ROBERTA LUDWIG,

                          Plaintiff,          **Docket No.: 19-CV-3870-RRM-RLM**

     -against-

MARIANNE TASKER,

                          Defendant.
-----------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for the defendant, MARIANNE TASKER, in

the above-titled action.

Dated: Melville, New York
       September 19, 2019

                                  **BRUNO, GERBINO & SORIANO, LLP**

                                  By: _____ /s/ _____
                                      Shaun M. Malone (SM1543)
                                 445 Broad Hollow Road
                               Melville, New York 11747
                               (631) 390-0010
                               (631) 393-5497 – *facsimile*
                               smalone@bgslaw-ny.com
                               BG&S No.: HO180-3020