ROANNE L. MANN  DATE: September 26, 2019
UNITED STATES MAGISTRATE JUDGE  START: 2:25 pm
  END: 2:30 pm

DOCKET NO: 19-cv-3870
CASE: Ludwig v. Tasker

☒ INITIAL CONFERENCE  ☐ OTHER/ORDER TO SHOW CAUSE
☐ DISCOVERY CONFERENCE  ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE  ☐ TELEPHONE CONFERENCE
☐ MOTION HEARING  ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Howard Balsam |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Shawn Malone |
|  |  |
|  |  |

☐ **FACT** DISCOVERY TO BE COMPLETED BY March 26, 2020
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Pleadings may be amended and new parties added until November 26, 2019.

By January 31, 2020, the parties shall file a joint letter-motion requesting either a settlement conference or referral of the case to court-annexed mediation.

Expert disclosures shall be exchanged by May 26, 2020. Requests for a premotion conference are due by June 2, 2020.