UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERTA LUDWIG,                                          **AFFIDAVIT OF SERVICE**

                                             Plaintiff,

    -against-                                         Docket No.: 19-cv-03870

MARIANNE TASKER,

                                           Defendant.
------------------------------------------------------------------X
MARIANNE TASKER,

                                     Third-Party Plaintiff,

    -against-

WILLIAM LUDWIG,

                                   Third-Party Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK   )
                                  ): ss.:
COUNTY OF SUFFOLK  )

        SHAUN M. MALONE, being duly sworn says:

        I am not a party to the action, I am over 18 years of age and I reside at Northport, New York.

        On January 24, 2019, I served a true copy of the **Third-Party Complaint** in this action by mailing the same in a sealed envelope with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of the addressees as indicated below, and by sending the same via e-mail to the address as indicated below:

BALSAM LAW FIRM, PLLC.
*Attorneys for Plaintiff and Third-Party Defendant*
315 Madison Avenue, Ste. 1306
New York, NY 10017
howie@balsamlawfirm.com

                                                            _____
                                                                    SHAUN M. MALONE

Personally subscribed and sworn to before me on the 24th day of January, 2020, by SHAUN M. MALONE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual described in and who executed the foregoing affidavit, and acknowledged that (s)he executed the same.

*Caroline Dempsey*
Notary Public

CAROLINE DEMPSEY
Notary Public, State of New York
No. 01DE6205260
Qualified in Suffolk County
My Commission Expires May, 04 2021