

Balsam Law Firm, PLLC
315 Madison Avenue, Ste. 1306
New York, NY 10017

P: +1.212.286.8899
F: +1.888.227.0711
E: howie@balsamlawfirm.com

February 26, 2020

Via ECF
Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       **Re:** **Roberta Ludwig v. Marianne Tasker**
          **Docket No.: 2:19-CV-03870 (RRM) (RLM)**

Dear Judge Mann:

  Please allow this to serve as the party's joint request for an enlargement of time to serve a letter motion requesting either a settlement conference or mediation, which is currently due by February 28, 2020. It is anticipated that the party's will elect to partake in a settlement conference or mediation. However, certain discovery remains outstanding (ie. depositions) and upon information and belief, not all of the parties recently added to this action have appeared. This is the party's first request for an extension on this matter.

  Thank you in advance for your consideration.

            Very truly yours,

            Balsam Law Firm, PLLC,

            Howard A. Balsam, Esq.

HAB/nm
Cc: Shaun Malone, Esq. via ECF

BALSAMLAWFIRM.COM