AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Roberta Ludwig  
*Plaintiff*  
v.  
Marianne Tasker and David Tasker  
*Defendant*

Case No. 2:19-cv-03870-RRM-RLM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William Ludwig

Date: 04/27/2020

*Attorney's signature*

Daniel O. Dietchweiler  
*Printed name and bar number*  
Pillinger Miller Tarallo LLP  
555 Taxter Road, 5th Floor  
Elmsford, New York 10523

*Address*

ddietchweiler@pmtlawfirm.com  
*E-mail address*

(914) 703-6300  
*Telephone number*

(914) 703-6688  
*FAX number*