

445 Broad Hollow Road
Suite 420
Melville, New York 11747
P: 631.390.0010
F: 631.393.5497

SHAUN MALONE
SENIOR ASSOCIATE

**www.bgslaw-ny.com**

SMALONE@BGSLAW-NY.COM
EXT. 110
ADMIITTED IN NY

August 3, 2020

<u>**Via ECF**</u>

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:**  **Roberta Ludwig v. Marianne Tasker**
        **Docket No.: 2:19-CV-03870 (RRM) (RLM)**
        **BG&S File No.: HO180-3020**

Dear Judge Mann:

  We represent the defendants/third-party plaintiffs, Marianne Tasker and David Tasker. We write in response to plaintiff's letter motion filed on July 31, 2020 requesting an extension of the fact discovery deadline, which is currently July 31, 2020.

  The defendants have no objection to the plaintiff's request and, in fact, we join in the application. All depositions have been completed and the plaintiff has been examined by defendants' designated physician. The defendants served written discovery requests upon both the plaintiff and the third-party defendant following the completion of their depositions on July 22, 2020. No responses to same have yet been served.

  I have conferred with counsel for the third-party defendant, Dan Dietchweiler, and he also has no objection to the requested extension of time.

  We appreciate Your Honor's time and attention in considering these requests.

             Very truly yours,

             /Shaun M. Malone/
             Shaun M. Malone

445 Broad Hollow Road
Suite 420
Melville, New York 11747
P: 631.390.0010/F: 631.393.5497

70 Hilltop Road
Suite 1005
Ramsey, New Jersey 07446
P: 201.995.1394/F: 201.995.1398

13 East Mohawk Street
Suite 200
Buffalo, New York 14203
P: 631.390.0010/F: 631.393.5497